FILED
JAMES J. VILT, JR. - CLERK

AUG 29 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Kentucky__
__Louisville__ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

__Chad-Alan: Heath__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__Russell Dale McCoy__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __3:22cv-449-CHB__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Chad-Alan: Heath
Street Address: c/o 911 Hawkins Drive
City and County: Elizabethtown   Hardin
State and Zip Code: Ky. Republic [42701]
Telephone Number: can be reached at 2702680606
E-mail Address: calanheath@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Russell Dale McCoy
Job or Title (if known): LaRue County, KY Sheriff
Street Address: 9635 New Jackson Highway
City and County: Magnolia   LaRue
State and Zip Code: KY 42757
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

   State and Zip Code _____

   Telephone Number _____

   E-mail Address _____
   (if known)

  Defendant No. 3

   Name _____

   Job or Title _____
   (if known)

   Street Address _____

   City and County _____

   State and Zip Code _____

   Telephone Number _____

   E-mail Address _____
   (if known)

  Defendant No. 4

   Name _____

   Job or Title _____
   (if known)

   Street Address _____

   City and County _____

   State and Zip Code _____

   Telephone Number _____

   E-mail Address _____
   (if known)

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 242, 18 U.S. Code § 1201, _____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Defendant has breached contract due to depriving the plaintiff of his constitutional rights.*

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defendants oath of office to be null and void and lose benefits of government employment so this dont happen to anyone else.

V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-25, 2022

Signature of Plaintiff: Chad-Alan: Heath   UCCI-103.6 / UCCI-308

Printed Name of Plaintiff: Chad-Alan: Heath

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney　　_____

Printed Name of Attorney　_____

Bar Number　　　　　　　_____

Name of Law Firm　　　　_____

Address　　　　　　　　_____

Telephone Number　　　　_____

E-mail Address　　　　　_____

**USPS CERTIFIED MAIL™**

```
FILED
JAMES J. VILT, JR. - CLERK

AUG 29 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY
```

Chad-Alan of the Heath Family
C/O 911 HAWKINS DRIVE
ELIZABETHTOWN KY 42701-0000

**USPS CERTIFIED MAIL**



9402 8118 9876 5812 8589 23

Clerks Office
601 W BROADWAY STE 106
GENE SNYDER UNITED STATES COURTHOUSE
LOUISVILLE KY 40202-2227

US POSTAGE AND FEES PAID
PRIORITY MAIL
Aug 26 2022
Mailed from ZIP 42701
1 lb PM Zone 2

11923275
CommercialBasePrice        062S0012913542

